United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE LUIS VILLANUEVA HERRERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2627 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING | § | |
| CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER ENJOINING REMOVAL

Petitioner Jose Luis Villanueva Herrera is detained in the custody of officials with Immigration and Customs Enforcement (ICE).  Through counsel, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1).

The respondents filed an advisory (Dkt. 7) stating that they intend to remove the petitioner from the United States on July 16, 2026, based on an immigration judge's removal order dated June 5, 2026 (Dkt. 7-1).  The petitioner responded and provided evidence that he timely appealed the removal order to the Board of Immigration Appeals on July 6, 2026 (Dkt. 8; Dkt. 8-2).

Given the pending appeal, the petitioner is not under a final order of removal.  He has invoked the Court's jurisdiction under 28 U.S.C. § 2241.  "A federal court has the power under the All Writs Act to issue injunctive orders in a case even before the court's jurisdiction has been established. When potential jurisdiction exists, a federal court may issue status quo orders to ensure that once its jurisdiction is shown to exist, the court will

be in a position to exercise it." *J.A.V. v. Trump*, 780 F. Supp. 3d 705, 707 (S.D. Tex. 2025) (quoting *ITT Cmty. Dev. Corp. v. Barton*, 569 F.2d 1351, 1359 n.19 (5th Cir. 1978)) (cleaned up).

The Court **ORDERS** that the respondents are **ENJOINED** from transferring or removing the petitioner from the Southern District of Texas these habeas proceedings are completed. If the petitioner's order of removal becomes final or removal otherwise is appropriate during the pendency of these proceedings, the respondents may file a motion to dissolve the injunction.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ July 13 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE
